# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

IN RE:  CASE NO. 15-20858
**Karen Denise Smith**
**Kenneth David Smith**

**DEBTOR(S)**

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the Debtor's Application for Waiver of the Chapter 7 Filing Fee [Doc. 5], it is ORDERED that the Application be:

☐ GRANTED.

This Order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED.

It is further ORDERED that:

The Debtor either (1) pay the chapter 7 filing fee in full within 7 days of the date this Order was entered, or (2) begin making installment payments according to the following terms:*

$83.75 on or before July 21, 2015

$83.75 on or before August 21, 2015

$83.75 on or before September 21, 2015

$83.75 on or before October 21, 2015

Until the filing fee is paid in full, the Debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the Debtor's Application for Waiver of the Chapter 7 Filing Fee shall be held on           at        at      .

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

*NOTE: Personal checks are **not** acceptable. Go to www.kyeb.uscourts.gov/fees to view approved forms of payment.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, July 07, 2015**
**(tnw)**