# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### AT COVINGTON DIVISION

| | |
|---|---|
| In Re: | Case No.: 15-20858 |
| KAREN DENISE SMITH<br>KENNETH DAVID SMITH | Chapter 7 |
| | Chief Judge: TRACEY N. WISE |
| Debtors | |

## ORDER SUSTAINING MOTION FOR RELIEF FROM STAY AND ABANDONMENT OF PROPERTY KNOWN AS 2009 SCION XB, VIN # JTLKE50E991067209

For good cause shown, Toyota Motor Credit Corporation (hereinafter "Movant") Motion for Relief from Stay and Abandonment is hereby granted.

The Court finds that Movant filed a motion that requested the Trustee be ordered to abandon his interest in the Property described as: 2009 Scion XB, VIN # JTLKE50E991067209 (hereinafter "Collateral"). The Court further finds that the Trustee has not filed a written objection to the taking of the proposed action.

Therefore, it is ORDERED that the Trustee abandon his interest in the Collateral.

The Court finds that Movant filed a motion that requested relief pursuant to 11 U.S.C. § 362 so that it could accelerate the debt owed by Debtors herein and otherwise pursue Movant's contractual and state law remedies for the Collateral.

The Court further finds that the Debtors have not timely filed a written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. § 362, it is **ORDERED** that the stay is terminated with respect to Movant, its successors and assigns.

Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to sell the Collateral in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Collateral.

The stay shall remain terminated in the event the Debtors convert to a different chapter under the Bankruptcy Code.

**IT IS HEREBY ORDERED** that the Collateral described above is **DEEMED ABANDONED**.

This is a final and appealable order.

Submitted By:

/s/ Patricia L. Johnson
Patricia L. Johnson (88943)
Crystal L. Saresky (89629)
GERNER & KEARNS CO., L.P.A.
809 Wright`s Summit Parkway, Suite 200
Fort Wright, KY 41011
Phone: (513) 241-7722
Fax: (859) 292-5300
bankruptcies@gernerlaw.com

**DISTRIBUTION LIST:**

Lori A. Schlarman, Trustee
PO Box 387
Hebron, KY 41048
lschlarman@aswdlaw.com

U.S. Trustee
100 East Vine St #500
Lexington, KY 40507
Ustrustee@mail.com

Karen Denise Smith, Pro Se
1580 Crane Creek Road
Grayson, KY 41143

Kenneth David Smith, Pro Se
1580 Crane Creek Road
Grayson, KY 41143