# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588-1111

| | |
|---|---|
| In Re: Karen Denise Smith<br>Kenneth David Smith<br><br>aka/dba:<br><br><br>Debtor(s) | Case Number: 15-20858-tnw<br><br>Chapter: 7 |

## NOTICE OF CONTINUED
## SECTION 341 MEETING OF CREDITORS

**YOU ARE HEREBY NOTIFIED** that the initial section 341 meeting of creditors for the above captioned case, originally scheduled for August 5, 2015 at 10:00 AM, has been continued to September 9, 2015 at 1:30 PM. The continued meeting will be conducted at US Bankruptcy Court, 35 W5th ST #306, Covington, KY 41011.

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Continued Section 341 Meeting of Creditors was sent first class mail, postage prepaid to all creditors on the filed mailing matrix, the case trustee and the U.S. Trustee this 1st day of August, 2015.

*Karen Smith*
Karen Smith Pro Se

**RECEIVED**

**AUG 0 4 2015**

*Kenneth Smith*
Kenneth Smith Pro Se

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

606-315-1257